IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

AMANDA PERRY HAYES,
    Plaintiff,

v.                                                      Civil No. 3:23cv837 (DJN)

GLOBAL TEL LINK, *et al.*,
    Defendants.

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted this action and applied to proceed *in forma pauperis*. Upon review of Plaintiff's inmate account, it appeared that Plaintiff had sufficient funds in her prison account to pay the $405 filing fee. Accordingly, by Memorandum Order entered on February 16, 2014, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed Plaintiff to pay $405 fee to the Court within twenty (20) days of the date of entry thereof. (ECF No. 7.)

More than twenty (20) days have elapsed, and Plaintiff has not paid the required filing fee. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                                                            /s/
                                                          David J. Novak
                                                          United States District Judge

Richmond, Virginia
Dated: March 8, 2024