IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

AMANDA PERRY HAYES,
    Plaintiff,

v.                                              Civil No. 3:23cv837 (DJN)

GLOBAL TEL LINK, *et al.*,
    Defendants.

## MEMORANDUM OPINION

Plaintiff, a North Carolina inmate proceeding *pro se*, filed this action. The Complaint in this action fails to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff fails to identify the basis for the Court's jurisdiction or provide a short and plain statement of her claim. Accordingly, by Memorandum Order entered on March 25, 2024, the Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to file a complaint that complies with Federal Rule of Civil Procedure 8(a). (ECF No. 9.) The Court warned Plaintiff that the failure to file an appropriate complaint within thirty (30) days of the date of entry thereof would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed since the entry of the March 25, 2024 Memorandum Order. Plaintiff failed to submit an appropriate complaint or otherwise respond to the March 25, 2024 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: May 20, 2024